**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

AARON MOISES BETANCOURT ROJAS,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 9098 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 29, 2026, the Petition is GRANTED. The Court ORDERS Respondents to immediately and unconditionally release Petitioner Aaron Moises Betancourt Rojas from civil immigration custody. Release shall not be conditioned on any physical or electronic monitoring device or restraint under the immigration laws of the United States pending a final determination in his removal proceedings; accordingly, the case is closed.

**DATED:** New York, New York
November 2, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** [signature]
______________________________
**Deputy Clerk**